Harold B. Valin
1330 NW. 43rd Ave.
Apt. 305, building 21 Lauderhill, FL 33313
hvalin81@gmail.com



## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA,

| | |
|---|---|
| Harold B. Valin<br><br>and<br><br>Linda A Dennis Valin<br><br>Plaintiffs,<br><br>v.<br><br>Royal Caribbean Cruises LTD.<br><br>A Liberian Corporation<br><br>Defendant, | Civil Action No.<br>0:24-cv-60221-RLR |

### PLAINTIFF HAROLD VALIN'S MOTION FOR SANCTIONS REGARDING SUBMISSION OF FALSE OR MISLEADING PLEADINGS BY DEFENDANT'S ATTORNEYS AND SUPPORTING MEMORANDUM

**To:** Cameron W. Eubanks
Fla. Bar No. 85865
Email: ceubanks@fowler-white.com

Victor J. Pelaez
Fla. Bar No. 78359
Email: vpelaez@fowler-white.com

FOWLER WHITE BURNETT,
P.A. Brickell Arch, Fourteenth Floor 1395 Brickell Avenue

1

Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

PLEASE TAKE NOTICE that on the 29th day of October 2024, the Plaintiff Harold Valin filed his Motion for Sanctions Regarding Submission of False or Misleading Pleadings by Defendant's Attorneys Cameron W. Eubanks and Victor J. Pelaez respectively, the memorandum in support thereof, copies of which are attached hereto and, pursuant to Fed. R. Civ. P. 1 (c)(1)(A), were served upon you more than 21 days prior to this date.

Dated: October 29th 2024

Respectfully submitted,

*Harold Valin*
Harold Valin
Plaintiff (pro se)

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on October 29th 2024, I served the Foregoing Plaintiff's Notice of filing of (1) Plaintiff's Motion for Sanctions Regarding Submission of False or Misleading Pleadings by Plaintiffs' Attorneys and (2) Supporting Memorandum, by email and US mail to:

Cameron W. Eubanks
Fla. Bar No. 85865
Email: ceubanks@fowler-white.com

Victor J. Pelaez
Fla. Bar No. 78359
Email: vpelaez@fowler-white.com

FOWLER WHITE BURNETT,
P.A. Brickell Arch, Fourteenth Floor 1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200 Facsimile: (305) 789-9201

